IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| RENEE ALISA BENNETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 114-090 |
| | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | ) ) ) |
| | ) |
| Defendant. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Plaintiff's motion to proceed *in forma pauperis* (doc. no. 2), **DISMISSES** Plaintiff's complaint, and **CLOSES** this civil action.

SO ORDERED this 17th day of June, 2014, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA